dict should be restored, and the order setting it aside is reversed, with costs, and the verdict reinstated.

BURR, J., dissents.

GLAZIER, Appellant, v. QUINN, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 13, 1909.) Action by Cyrus E. Glazier against William Quinn.

PER CURIAM. Judgment and order affirmed, with costs.

KRUSE, J., dissents.

GLEASON, Respondent, v. BASCH, Appellant. (Supreme Court, Appellate Division, Second Department. June 11, 1909.) Action by Andrew W. Gleason, as trustee, etc., against Benjamin A. Basch. No opinion. Motion to dismiss appeal granted, with costs.

GLENS FALLS TRUST CO., Respondent, v. NIMS et al., Appellants. (Supreme Court, Appellate Division, Third Department. June 24, 1909.) Action by the Glens Falls Trust Company against Frances Nims, and others. No opinion. Judgment unanimously affirmed, with costs.

GODLEY, Respondent, v. CRANDALL & GODLEY CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Elizabeth McM. Godley against the Crandall & Godley Company and others. E. T. Brackett, for appellants. W. R. Osborn, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

INGRAHAM and HOUGHTON, JJ., dissent.

In re GOODSPEED. (Supreme Court, Appellate Division, Second Department. October 23, 1909.) In the matter of the application of Henry S. Goodspeed. No opinion. Order of the Special Term affirmed, without costs.

GORDON, Respondent, v. FARRELL et al., Appellants. (Supreme Court, Appellate Division, First Department. June 4, 1909.) Action by Joseph Gordon against Frank J. Farrell and others. A. I. Elkus, for appellants. W. P. Maloney, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.

GRAHAM et al., v. ROTHENBERG et al. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Action by Juliet G. Graham and others against Ignatz I. Rothenberg and others. With this case has been consolidated in this court cases bearing titles as follows: Elizabeth Siegener v. Richard Siegener; Florence Distilling Co. v. James Patti; Rudolph Fizel v. Joseph Patti. No opinions. Motions granted, with $10 costs. Orders filed.

In re GRAND BOULEVARD AND CONCOURSE IN CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 25, 1909.) In the matter of the Mayor, etc., of the City of New York as to the Grand Boulevard and Concourse. J. P. Dunn, for appellant. F. Grady, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GRAND UNION TEA CO., Appellant, v. GIBB et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by the Grand Union Tea Company against Arthur Gibb and Walter Gibb, copartners, etc., and the Turner Construction Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

GREEN, Appellant, v. MILLIKEN et al., State Civil Service Commission, Respondents. (Supreme Court, Appellate Division, Third Department. June 24, 1909.) In the matter of the application of Louis Green for a writ of mandamus against Charles F. Milliken and others, comprising the Civil Service Commission of the State of New York. No opinion. Order unanimously affirmed, with costs.

GREEN, Appellant, v. SCHWARTZ, Respondent. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Ida Green against Joseph Schwartz. No opinion. Judgment of the Municipal Court affirmed, with costs.

GREENEBAUM, Respondent, v. FLEISCHMANN REALTY & CONSTRUCTION CO., appellant. (Supreme Court, Appellate Division, First Department. July 13, 1909.) Action by Milton Greenebaum against the Fleischmann Realty & Construction Company. D. P. Hays, for appellant. S. Lachman, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

GREER v. FREYSTADT. (Supreme Court, Appellate Division, First Department. July 13, 1909.) Submission of controversy on an agreed statement of facts, under Code Civ. Proc. § 1280, by Clara A. M. Greer against William H. Freystadt. Judgment ordered for plaintiff. Omri F. Hibbard, for plaintiff. Benjamin H. Stern, for defendant.

PER CURIAM. It appears from the submission that the plaintiff has laid out and expended for electricity to January 14, 1909, the sum of $17.78. During this time the defendant was in possession of the premises, and it would seem that the plaintiff was entitled to judgment for that amount. As to the installment of the apparatus mentioned and described in the submission, it is stipulated that this apparatus is affixed to the realty and has become a permanent addition thereto. Upon this stipulation it is clear that the defendant is not liable for installing a permanent addition to the realty. Judgment should be ordered for the plaintiff for $17.78, without costs.